No. 95–5835. POOLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5836. LANCASTER ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5838. KNOWLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5839. WHITTAKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5842. WYCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5843. WEAVER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–5844. SARABIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5846. FIDEL SANTANA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5848. CASALIS-NOY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5850. READY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5857. GREENWOOD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–5859. FONSECA-MACHADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5860. FUENTES-MENDOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5861. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5863. DIAMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5866. GEHRKE v. LEE, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.